UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                             Case No. 1:06:CR:287

                                   HON. GORDON J. QUIST

CAROLYN GOREE,

        Defendant.
_____/

### ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed February 9, 2007, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Carolyn Goree's plea of guilty to Count One of the Superseding Information is accepted. Defendant Carolyn Goree is adjudicated guilty.

3. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: February 16, 2007                                  /s/ Gordon J. Quist
                                                                       GORDON J. QUIST
                                                                   UNITED STATES DISTRICT JUDGE